IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHRISTOPHER SALAZAR GARZA        §
                                 §
VS.                              §    ACTION NO. 4:24-CV-1133-Y
                                 §
COMMISSIONER, SOCIAL SECURITY    §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1.   The pleadings and record;

2.   The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on March 13, 2026 (doc. 15); and

3.   Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 27, 2026 (doc. 16).

This Court, after de novo review, concludes that the magistrate judge did not commit legal error and the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's decision.

As a result, the findings, conclusions, and recommendation of the magistrate judge are hereby ADOPTED as the decision of this Court. The decision of the Commissioner is AFFIRMED.

SIGNED March 31, 2026.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS -- Page Solo
TRM/chr